**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ELBERT L. HATTEN, JR., | : | No. 214 EAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| J.B. HUNT TRANSPORT SERVICES, INC. | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD), | : | |
| | : | |
| Respondent | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.